■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAVI PRASHAD, Appellant. [639 NYS2d 741]

638

The defendant's contention that the evidence is legally insufficient to support his convictions of sexual abuse in the first degree and endangering the welfare of a child is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Harvey,* 175 AD2d 138). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]; *People v Ritgers,* 158 AD2d 628). O'Brien, J. P., Sullivan, Copertino and Joy, JJ., concur.